1  STEPTOE & JOHNSON LLP
2  Carol R. Brophy, (SBN 155767)
   cbrophy@steptoe.com
3  Danielle Vallone, (SBN 302497)
4  dvallone@steptoe.com
   One Market Plaza, Spear Tower #3900
5  San Francisco, California 94105
6  Telephone: (415) 365-6700; Fax: (415) 365-6699

7  Anthony Hopp, (Illinois SBN 6199290) (*admitted pro hac vice*)
   ahopp@steptoe.com
8  227 West Monroe St., Suite 4700
   Chicago, Illinois 60606
9  Telephone: (312) 577-1249; Fax: (312) 577-1370

10 Melanie A. Ayerh (SBN 303211)
11 mayerh@steptoe.com
   633 West Fifth Street, Suite 1900
12 Los Angeles, California 90071
13 Telephone: (213) 439-9432; Fax: (213) 439-9599

14 Attorneys for Defendant VI-JON, LLC (FKA VI-JON, INC., A TENNESSEE
15 CORPORATION)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MORENO, individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VI-JON, INC.,<br><br>　　　　Defendant. | Case No.: 20-cv-1446-JM-BGS<br>*The Honorable Jeffrey T. Miller*<br>**CLASS ACTION**<br><br>**DEFENDANT VI-JON, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FRCP RULE 7.1 AND LOCAL CIVIL RULE 40.2]** |

**Corporate Disclosure Statement (FRCP Rule 7.1 and Local Civil Rule 40.2)**

As required by Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, Defendant Vi-Jon, LLC states that it is a limited liability company organized under the laws of Delaware with its principal place of business in Missouri. Vi-Jon, LLC was formerly known as Vi-Jon, Inc., a Tennessee Corporation. Vi-Jon, LLC's parent entity is Vi-Jon Holding, Inc.

DATED: August 31, 2020      STEPTOE & JOHNSON LLP

By: /s/ Melanie A. Ayerh
Anthony Hopp (*admitted pro hac vice*)
Carol Brophy
Danielle Vallone
Melanie A. Ayerh

Attorneys for Defendant VI-JON, LLC
(FKA VI-JON, INC., A TENNESSEE CORPORATION