

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Moreno individually, and on behalf of others similarly situated<br><br>Plaintiff,<br>V.<br><br>Vi-Jon, LLC<br><br>Defendant. | Civil Action No.   20-cv-01446-JM-BGS<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court grants Defendant's motion to dismiss the Second Amended Complaint.

Date:   12/6/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy