

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Moreno, individually, and on behalf of others similarly situated | Civil Action No.  20-cv-01446-JM-BGS |
| **Plaintiff,** | |
| V. | |
| Vi-Jon, LLC | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendant's Motion toDismiss Plaintiff's Fourth Amended Complaint Without Leave to Amend.

**Date:**          7/18/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle

S. Tweedle, Deputy